# United States District Court

FOR THE

**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: SAN FRANCISCO

UNITED STATES OF AMERICA,

V.

JOSE ALFREDO PEREZ

**FILED**

Dec 17 2025

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

DEFENDANT.

# INDICTMENT

18 U.S.C. § 922(a)(1)(A) – Dealing and Manufacturing Firearms Without a
License; 18 U.S.C. § 933(a)(1) – Firearms Trafficking;
18 U.S.C. §§ 924(d), 934(a) and 28 U.S.C. § 2461(c) – Forfeiture Allegation

A true bill.

/s/ Foreperson of the Grand Jury

Foreman

Filed in open court this  16th  day of

December, 2025

Clerk

Bail, $ No bail

Hon. Thomas S. Hixson

CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

FILED

Dec 17 2025

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE ALFREDO PEREZ,<br><br>Defendant. | CASE NO.  3:25-cr-00430 RFL<br><br>VIOLATIONS:<br>18 U.S.C. § 922(a)(1)(A) – Dealing and Manufacturing Firearms Without a License;<br>18 U.S.C. § 933(a)(1) – Firearms Trafficking;<br>18 U.S.C. §§ 924(d), 934(a) and 28 U.S.C. § 2461(c) – Forfeiture Allegation<br><br>SAN FRANCISCO VENUE |

I N D I C T M E N T

The Grand Jury charges:

COUNT ONE:        (18 U.S.C. § 922(a)(1)(A) – Manufacturing and Dealing Firearms Without a License)

Beginning on a date unknown but no later than on or about September 4, 2024, and continuing through a date unknown but no earlier than on or about February 25, 2025, in the Northern District of California, the defendant,

JOSE ALFREDO PEREZ,

not being a licensed manufacturer and dealer of firearms within the meaning of Title 18, United States

INDICTMENT

Code, Chapter 44, did willfully engage in the business of manufacturing and dealing in firearms, in violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).

COUNT TWO:        (18 U.S.C. § 933(a)(1) – Firearms Trafficking)

On or about January 3, 2025, in the Northern District of California, the defendant,

JOSE ALFREDO PEREZ,

transported, transferred, caused to be transported, and otherwise disposed of a firearm, namely, one unserialized .223 caliber AR-style rifle with a 20" barrel, one unserialized .223 caliber AR-style rifle with a 14.5" barrel, two unserialized .308 caliber AR-style rifles with 20" barrels, one unserialized 5.56 caliber AR-style rifle with a 14.5" barrel, three unserialized .223 caliber AR-style rifles with 16" barrels, one unserialized 5.56 caliber AR-style rifle with a 15" barrel, one unserialized .308 caliber AR-style rifle with a 27.5" barrel, and one unserialized 5.56 caliber AR-style pistol with a 9" barrel, to another person in and otherwise affecting interstate and foreign commerce, knowing and having reasonable cause to believe that the use, carrying, and possession of the firearms by the recipient would constitute a felony, all in violation of 18 U.S.C. § 933(a)(1).

COUNT THREE:        (18 U.S.C. § 933(a)(1) – Firearms Trafficking)

On or about February 25, 2025, in the Northern District of California, the defendant,

JOSE ALFREDO PEREZ,

transported, transferred, caused to be transported, and otherwise disposed of a firearm, namely, one fully assembled and unserialized AR-style rifle with a 17.5" barrel, and two disassembled and unserialized AR-style rifles with 19" barrels, to another person in and otherwise affecting interstate and foreign commerce, knowing and having reasonable cause to believe that the use, carrying, and possession of the firearms by the recipient would constitute a felony, all in violation of 18 U.S.C. § 933(a)(1).

FORFEITURE ALLEGATION:        (18 U.S.C. §§ 924, 934 and 28 U.S.C. § 2461)

The allegations contained above are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Sections 924 and 934, and Title 28, United States Code, Section 2461.

Upon conviction of any of the offenses alleged in the counts above, the defendant,

JOSE ALFREDO PEREZ,

INDICTMENT                    2

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), Title 18, United States Code, Section 934(a), and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the knowing violation; any property constituting or derived from any proceeds defendant obtained, directly or indirectly, as a result of such violation; and any property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of such violation, including, but not limited to, the following property:

      a.     One black unserialized .223 caliber AR-style rifle with a 20" barrel seized by California Highway Patrol on January 3, 2025 in connection with California Highway Patrol Case No. F003-362-25;

      b.     One black unserialized .223 caliber AR-style rifle with a 14.5" barrel seized by California Highway Patrol on January 3, 2025 in connection with California Highway Patrol Case No. F003-362-25;

      c.     Two black unserialized .308 caliber AR-style rifles with 20" barrels seized by California Highway Patrol on January 3, 2025 in connection with California Highway Patrol Case No. F003-362-25;

      d.     One black unserialized 5.56 caliber AR-style rifle with a 14.5" barrel seized by California Highway Patrol on January 3, 2025 in connection with California Highway Patrol Case No. F003-362-25;

      e.     Three black unserialized .223 caliber AR-style rifles with 16" barrels seized by California Highway Patrol on January 3, 2025 in connection with California Highway Patrol Case No. F003-362-25;

      f.     One black unserialized 5.56 caliber AR-style rifle with a 15" barrel seized by California Highway Patrol on January 3, 2025 in connection with California Highway Patrol Case No. F003-362-25;

      g.     One black unserialized .308 caliber AR-style rifle with a 27.5" barrel seized by California Highway Patrol on January 3, 2025 in connection with California Highway Patrol Case No. F003-362-25;

INDICTMENT          3

h.    One black unserialized 5.56 caliber AR-style pistol with a 9" barrel seized by California Highway Patrol on January 3, 2025 in connection with California Highway Patrol Case No. F003-362-25;

i.    One privately made rifle lower receiver with trigger group, pistol grip, and collapsable stock, bearing Serial No. T7FMBUS9D, which was seized by California Highway Patrol on April 8, 2025 during the execution of search warrants in connection with California Highway Patrol Case No. 250408GG0103;

j.    One privately made rifle lower receiver, bearing Serial No. T7FMBUS9E, which was seized by California Highway Patrol on April 8, 2025 during the execution of search warrants in connection with California Highway Patrol Case No. 250408GG0103;

k.    One privately made rifle lower receiver, bearing Serial No. T7FMBUS9F, which was seized by California Highway Patrol on April 8, 2025 during the execution of search warrants in connection with California Highway Patrol Case No. 250408GG0103;

l.    One privately made rifle lower receiver, bearing Serial No. T7FMBUS9G, which was seized by California Highway Patrol on April 8, 2025 during the execution of search warrants in connection with California Highway Patrol Case No. 250408GG0103;

m.    Any and all firearms parts and accessories seized by California Highway Patrol on April 8, 2025 during the execution of search warrants in connection with California Highway Patrol Case No. 250408GG0103;

n.    Any and all firearms manufacturing equipment, including 3D printers and tools, seized by California Highway Patrol on April 8, 2025 during the execution of search warrants in connection with California Highway Patrol Case No. 250408GG0103;

INDICTMENT                                 4

o.    Two cellular phones seized by California Highway Patrol on April 8, 2025 during the execution of search warrants in connection with California Highway Patrol Case No. 250408GG0103; and

p.    A forfeiture money judgment, representing the sum of money equal to the total value of the proceeds the defendant obtained directly or indirectly from the commission of the offenses of conviction in Counts Two and Three.

If any of the property described above, as a result of any act or omission of the defendant:

a.    cannot be located upon exercise of due diligence;

b.    has been transferred or sold to, or deposited with, a third party;

c.    has been placed beyond the jurisdiction of the court;

d.    has been substantially diminished in value; or

e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

All pursuant to Title 18, United States Code, Section 924(d), Title 18, United States Code, Section 934(a), Title 28, United States Code, Section 2461(c), and Federal Rule of Criminal Procedure 32.2.

DATED:  December 16, 2025                                          A TRUE BILL.


                                                                     _/s/ Foreperson_____
                                                                     FOREPERSON


CRAIG H. MISSAKIAN
United States Attorney


_/S/_____
JARED S. BUSZIN
Assistant United States Attorney


INDICTMENT                                          5